**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2025
```

LAURA DEVLIN, Individually and on
Behalf of All Others Similarly
Situated,

                 Plaintiff,

         - against -

EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY,

                Defendant.

**25 Civ. 3283 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Before the Court is the motion of Plaintiff Movant Laura Devlin for appointment as Lead Plaintiff and approval of selection of counsel (the "Motion") pursuant to the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995. (See Dkt. Nos. 17, 34.) Defendant takes no position on the Motion. (See Dkt. No. 19.)

    Upon consideration of the Motion and the supporting papers, the Court finds good cause to appoint Laura Devlin as Lead Plaintiff, and the law firm of DiCello Levitt LLP as Lead Counsel for the class.

    Accordingly, it is hereby

    **ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that Plaintiff Movant Laura Devlin is appointed as Lead Plaintiff for the class pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; and it is further

**ORDERED** that the law firm of DiCello Levitt LLP is appointed as Lead Counsel for the class, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**SO ORDERED.**

Dated:    29 May 2025
          New York, New York

_____
Victor Marrero
U.S.D.J.