**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2025
```

LAURA DEVLIN, Individually and on
Behalf of All Other Similarly
Situated,

                        Plaintiff,

        - against -

EQUITABLE FINANCIAL LIFE INSURANCE
COMPANY,

                        Defendant.

**25 Civ. 3283 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

        The Court is in receipt of the July 28, 2025, letter informing the Court that the parties have completed the pre-motion letter exchange regarding Defendant's anticipated motion to dismiss and have failed to resolve the issue without resorting to motion practice. (See Dkt. No. 49.) Defendant has also filed a pre-motion letter regarding Defendant's anticipated motion to strike the class allegations, (see Dkt. No. 44), and Plaintiff has filed an opposition letter. (See Dkt. No. 46.) Separately, Plaintiff has filed a pre-motion letter regarding Plaintiff's anticipated motion to partially lift the discovery stay automatically imposed by the Private Securities Litigation Reform Act, (see Dkt. No. 39), and Defendant has filed an opposition letter. (See Dkt. No. 40.)

The Court directs the parties to advise on whether they consent for the Court to deem the pre-motion letters on the motion to dismiss, the motion to strike, and the motion to partially lift the discovery stay to constitute fully briefed motions and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule on all three motions within two (2) weeks of the date of this Order.


**SO ORDERED.**

Dated:     29 July 2025
           New York, New York

                                    Victor Marrero
                                    U.S.D.J.