USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA DEVLIN, Individually and on Behalf of All Others Similarly Situated,
Plaintiff,

vs.

EQUITABLE FINANCIAL LIFE INSURANCE COMPANY,

Defendant.

No. 1:25-CV-3283 (VM)

**ORDER APPROVING LEAD PLAINTIFF'S SELECTION OF SCOTT+SCOTT ATTORNEYS AT LAW LLP AS CO-LEAD COUNSEL**

Having considered Lead Plaintiff Laura Devlin's Motion to Add Scott+Scott Attorneys at Law as Co-Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to 15 U.S.C.§78u-4(a)(3)(B), the Court approves Lead Plaintiff's selection of Co-Lead Counsel and amends its order of May 29, 2025, to name Scott+Scott Attorneys at Law LLP and DiCello Levitt LLP as Co-Lead Counsel.

IT IS SO ORDERED.

DATED: 8/3/2026

THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE