UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA DEVLIN, *Individually and on Behalf of All Others Similarly Situated*,

Lead Plaintiff,

-against-

Equitable Financial Life Insurance Company,

Defendant.

25-CV-03283 (VM) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Judge Marrero has referred this matter to me to resolve the parties' dispute over the timing and staging of discovery. (ECF 83.) As discussed at the conference held on October 7, 2026, Plaintiff shall, by **October 9, 2026**, provide Defendant with a letter setting out the categories of documents she would like to be prioritized in discovery. The parties shall, by **October 14, 2026**, meet and confer to see whether they can agree on the prioritization and timing of production of any such categories of documents. A conference will be held on **October 19, 2026 at 12:00pm** to discuss any remaining issues on this topic. Counsel for the parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 913 289 476#.

DATED: October 7, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge