UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA DEVLIN, *Individually and on Behalf of All Others Similarly Situated*,

Lead Plaintiff,

-against-

Equitable Financial Life Insurance Company,

Defendant.

25-CV-03283 (VM) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on October 19, 2026:

1. The Court thanks the parties for their willingness to compromise on certain issues during their initial meet and confer sessions.
2. The parties shall meet and confer further on the scope of production relating to Plaintiff's requests numbers 8, 14, and 16. In particular, the parties should discuss appropriate limitations to these requests.
3. The parties shall meet and confer further on the schedule for briefing the anticipated class certification motion.
4. By **October 26, 2026**, the parties shall file a joint letter on the docket updating the Court on the results of their further efforts to meet and confer.

DATED: October 19, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge